MICHAEL J. M. BROOK, SBN 139595
mbrooklaw@gmail.com
LAW OFFICES OF MICHAEL BROOK
645 Fourth Street, Suite 200
Santa Rosa, CA 95404
Telephone: (707) 889-7189
Facsimile: (707) 542-7697

Attorneys for Debtor
LAKE TAHOE PARTNERS, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA

| | |
|---|---|
| In re<br><br>LAKE TAHOE PARTNERS, LLC,<br><br>Debtor. | CASE NO.: 16-10150 TEC<br><br>Chapter 11<br><br>[NO HEARING REQUIRED] |

**DEBTOR'S LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FEDERAL RULE BANKRUPTCY PROCEDURE 1007(a)(3)**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Lake Tahoe Partners, LLC, the debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), attached hereto as Exhibit 1 is the Debtor's List of Equity Security Holders.

Dated: April 4, 2016

Respectfully submitted,

LAW OFFICES OF MICHAEL BROOK


By  /s/ Michael J.M. Brook
     Michael J.M. Brook
Attorneys for Debtor
LAKE TAHOE PARTNERS LLC

EXHIBIT 1

LIST OF EQUIY SECURITY HOLDERS:

| Name | Address | No. of securities | Kind of Interest |
|---|---|---|---|
| Great Western Holdings Ltd. | P.O. Box 2490<br>Napa, CA 94558 | 90% | Class A |
| Yi Wang | Rm 101 Unit 1 Block 3<br>Chongwen Mans, Xihu Dist<br>Hangzhou City, China | 1.25% | Class B |
| Zhiming Jiang | Rm 1202 Block 10<br>Gold Coast, Shangcheng<br>Hangzhou City, China | 1.25% | Class B |
| Fujian Fang | Rm 901 Block 3 -2<br>Zhijiang Garden, Binjiang Dist<br>Hangzhou City, China | 1.25% | Class B |
| Yangfen Chen | No 99 Xiyuan Street<br>Dinghai Dist<br>Zhoushan City, Zhejiang, China | 1.25% | Class B |
| Junxian Yu | Level 13, Weixing Bldg<br>252 Wensan Rd<br>Hangzhou City, Zhejiang, China | 1.25% | Class B |
| Sun Xianbang | Rm 401 No 92 Xinjiang Nan<br>Garden, Nanchang Dist<br>Wuxi Jiangsu, China | 1.25% | Class B |
| Zhou Haubin | Rm 501 No 216 Huiquan G'den<br>Beitang Dist<br>Wuxi City, China | 1.25% | Class B |
| Zhan Fang | Rm 2801, No 7 Jinkeguanting<br>Chonggan Dist<br>Wuxi Jiangsu, China | 1.25% | Class B |